NUMBER 13-00-476-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


CHRISTOPHER MICHAEL SCHUBERT
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 366th District Court 


of Collin County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, CHRISTOPHER MICHAEL SCHUBERT, attempted to
perfect an appeal from a judgment entered by the 366TH District Court
of Collin County, Texas. Sentence in this cause was imposed on May
4, 2000. No timely motion for new trial was filed. The notice of appeal
was due to be filed on June 5,2000, but was not filed until July 14,
2000. Said notice of appeal is untimely filed. Appellant filed an
untimely motion to permit late filing of the notice of appeal on July 26,
2000.

 Tex. R. App. P. 26.3 provides that the court of appeals may grant
an extension of time for filing notice of appeal if such notice is filed
within fifteen days of the last day allowed and within the same period
a motion is filed in the court of appeals reasonably explaining the need
for such extension. Appellant failed to file his notice of appeal and
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's
failure to timely perfect his appeal, and appellant's untimely motion, is
of the opinion that the appeal should be dismissed for want of
jurisdiction. Appellant's untimely motion to permit late filing of notice
of appeal is dismissed. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10th day of August, 2000.